Garland **STILTNER, Petitioner,**

v.

**ISLAND CREEK COAL COMPANY; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 03–1513.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 3, 2003.

Decided Oct. 22, 2003.

Garland Stiltner, Petitioner Pro Se. Mary Rich Maloy, Jackson & Kelly, Charleston, West Virginia; Patricia May Nece, Rita A. Roppolo, United States Department of Labor, Washington, D.C., for Respondents.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Garland Stiltner seeks review of the Benefits Review Board's decision and orders affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000), and denying Stiltner's motion for reconsideration. Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Stiltner v. Island Creek Coal Co.*, No. 02–257–BLA–A (B.R.B. Nov. 26, 2002 and Mar. 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*